# In the United States Court of Federal Claims

No. 06-811 T

(E-Filed: February 5, 2007)

M, L, R & R,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has received defendant's Answer, electronically submitted on January 26, 2007. The Clerk of Court has notified chambers that defendant's attorney has not entered a notice of appearance in this case. All filings must be signed by the attorney of record pursuant to Rules 11 and 83.1(c)(2) of the Rules of the United States Court of Federal Claims. Defendant's attorney is directed to enter an appearance and refile its answer.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge